## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LUCAS LEE THRIFT, SR.**                                                                    **PLAINTIFF**
**ADC #168394**

**v.**                                          **Case No. 4:26-cv-00290-LPR**

**YANCEY, Faulkner County**
**Probation/Parole Officer,** *et al.*                                                    **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE